IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-528-D

| | |
|---|---|
| FRED N. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC. K. SHINSEKI, Secretary of )<br>the Department of Veterans Affairs, )<br>)<br>Defendant. ) | **ORDER** |

Defendant's motion to transfer venue [D.E. 12] is GRANTED. The action is transferred to the United States District Court for the District of South Carolina, Charleston Division. See 28 U.S.C.§ 1406(a).

SO ORDERED. This 18 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge